GERTRUDE SCHLANG, Respondent, v. OSCAR SCHLEGEL MANUFACTURING COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the

judgment as entered to the sum of $1,636.73; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.